IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACQUELINE M. JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-2081 |
| | § | |
| MICHAEL ASTRUE, | § | |
| Commissioner of the Social Security | § | |
| Administration, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION AND DISMISSING CASE**

This court has reviewed the Memorandum and Recommendation of the United States Magistrate Judge signed on August 26, 2009. The court has also considered the objections of the plaintiff filed on August 31, 2009 and made a *de novo* determination. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989).

Based on the pleadings, the record, and the applicable law, the court adopts the Memorandum and Recommendation as this court's Memorandum and Order. This court finds and concludes that the Administrative Law Judge did not commit reversible error in denying SSI benefits to J.L.P. The decision was rendered in accordance with the applicable law and was supported by substantial evidence. Accordingly, it is ordered that the plaintiff's motion for summary judgment be denied and the defendant's motion be granted. Final judgment is entered by separate order.

SIGNED on September 23, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge