**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JACQUELINE M. JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-2081 |
| | § | |
| MICHAEL ASTRUE, Commissioner | § | |
| of the Social Security Administration, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum and Opinion of even date, this action is dismissed with prejudice.

SIGNED on September 23, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge